Maureen Gaughan
Bankruptcy Trustee
PO Box 6729
Chandler, Arizona 85246

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| In re: | § | |
|---|---|---|
| | § | |
| MORENO, JULIANA GUEVARA DE | § | Case No. 11-22165-PHX DPC |
| MORENO, GILBERTO BARAJAS | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ____ of the United States Bankruptcy Code was filed on ____. The undersigned trustee was appointed on ____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]         $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Maureen Gaughan_____
                                    Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | |
|---|---|
| Case No: 11-22165-PHX DPC Judge: DANIEL P. COLLINS | Trustee Name: Maureen Gaughan |
| Case Name: MORENO, JULIANA GUEVARA DE | Date Filed (f) or Converted (c): 08/02/11 (f) |
| MORENO, GILBERTO BARAJAS | 341(a) Meeting Date: 09/23/11 |
| For Period Ending: 08/19/13 | Claims Bar Date: 09/20/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6817 W. HAZELWOOD ST., PHOENIX, AZ 85033 | 89,000.00 | 0.00 | | 0.00 | FA |
| 2. kitchen table 6 chairs, 3 t.v's, desktop, living r | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. children;s clothing, husband and wife's clothes 68 | 200.00 | 0.00 | | 0.00 | FA |
| 4. 1 wedding band | 200.00 | 0.00 | | 0.00 | FA |
| 5. 2007 chevy impala | 3,500.00 | 0.00 | | 0.00 | FA |
| 6. 2007 chevy silverado | 7,000.00 | 0.00 | | 0.00 | FA |
| 7. 2006 TRAIL BLAZER | 8,000.00 | 0.00 | | 0.00 | FA |
| 8. bishon | 200.00 | 0.00 | | 0.00 | FA |
| 9. TAX REFUND (u) | 0.00 | 0.00 | | 1,809.28 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.03 | FA |
| 11. WAGES (u) | 0.00 | 0.00 | | 224.72 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $109,100.00 $0.00 $2,034.03 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 08/02/14   Current Projected Date of Final Report (TFR): 08/02/14

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| | |
|---|---|
| Case No: | 11-22165-PHX -DPC |
| Case Name: | MORENO, JULIANA GUEVARA DE |
| | MORENO, GILBERTO BARAJAS |
| Taxpayer ID No: | *******5748 |
| For Period Ending: | 08/19/13 |

| | |
|---|---|
| Trustee Name: | Maureen Gaughan |
| Bank Name: | Bank of Kansas City |
| Account Number / CD #: | *******8457  Checking Account |
| Blanket Bond (per case limit): | $ 72,661,955.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/11/12 | | Trsf In From Bank of America | INITIAL WIRE TRANSFER IN | 9999-000 | 2,033.20 | | 2,033.20 |
| 06/14/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 1.35 | 2,031.85 |
| 07/16/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 2.25 | 2,029.60 |
| 08/01/12 | 001001 | JULIANA GUEVARA DE MORENO GILBERTO MORENO 6817 W. HAZELWOOD ST. PHOENIX, AZ  85033 | Non Estate Funds | 8500-000 | | 689.19 | 1,340.41 |
| 08/14/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 2.32 | 1,338.09 |
| 09/17/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 1.74 | 1,336.35 |
| 10/15/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 1.48 | 1,334.87 |
| 11/15/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 1.53 | 1,333.34 |
| 12/14/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 1.48 | 1,331.86 |
| 01/16/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 1.52 | 1,330.34 |
| 02/14/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 1.52 | 1,328.82 |
| 03/14/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 1.78 | 1,327.04 |
| 04/12/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 1.97 | 1,325.07 |
| 04/30/13 | | Bank of Kansas City | BANK SERVICE FEES | 2600-000 | | 10.00 | 1,315.07 |
| 05/31/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,305.07 |

Page Subtotals     2,033.20          728.13

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| | | |
|---|---|---|
| Case No: | 11-22165-PHX -DPC | |
| Case Name: | MORENO, JULIANA GUEVARA DE | |
| | MORENO, GILBERTO BARAJAS | |
| Taxpayer ID No: | *******5748 | |
| For Period Ending: | 08/19/13 | |

| | | |
|---|---|---|
| Trustee Name: | Maureen Gaughan | |
| Bank Name: | Bank of Kansas City | |
| Account Number / CD #: | *******8457 Checking Account | |
| Blanket Bond (per case limit): | $ 72,661,955.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 2,033.20 | 728.13 | 1,305.07 |
| Less: Bank Transfers/CD's | 2,033.20 | 0.00 | |
| Subtotal | 0.00 | 728.13 | |
| Less: Payments to Debtors | | 689.19 | |
| Net | 0.00 | 38.94 | |

Page Subtotals 0.00 0.00

LFORM24  UST Form 101-7-TFR (5/1/2011) (Page: 5)  Ver: 17.02g
Case 2:11-bk-22165-DPC    Doc 29    Filed 10/01/13    Entered 10/01/13 11:50:44    Desc
Main Document    Page 5 of 9

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-22165-PHX -DPC | | Trustee Name: | Maureen Gaughan |
|---|---|---|---|---|
| Case Name: | MORENO, JULIANA GUEVARA DE | | Bank Name: | Bank of America |
| | MORENO, GILBERTO BARAJAS | | Account Number / CD #: | *******9762 Money Market - Interest Bearing |
| Taxpayer ID No: | *******5748 | | | |
| For Period Ending: | 08/19/13 | | Blanket Bond (per case limit): | $ 72,661,955.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/02/12 | 9, 11 | UNITED STATES TREASURY | TAX REFUND | 1224-000 | 1,997.00 | | 1,997.00 |
| 04/02/12 | 9 | STATE OF ARIZONA | TAX REFUND | 1224-000 | 37.00 | | 2,034.00 |
| 04/30/12 | 10 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 2,034.02 |
| 05/11/12 | 10 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 2,034.03 |
| 05/11/12 | | Bank of America 901 MAIN STREET 10TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 0.83 | 2,033.20 |
| 05/11/12 | | Trsf To Bank of Kansas City | FINAL TRANSFER | 9999-000 | | 2,033.20 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 2,034.03 | 2,034.03 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 2,033.20 | |
| Subtotal | 2,034.03 | 0.83 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 2,034.03 | 0.83 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********8457 | 0.00 | 38.94 | 1,305.07 |
| Money Market - Interest Bearing - ********9762 | 2,034.03 | 0.83 | 0.00 |
| | 2,034.03 | 39.77 | 1,305.07 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   2,034.03   2,034.03

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-22165-PHX DPC
Case Name: MORENO, JULIANA GUEVARA DE
MORENO, GILBERTO BARAJAS
Trustee Name: Maureen Gaughan

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Santander Consumer USA Inc., servicer for Sovereig | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Maureen Gaughan | $ | $ | $ |
| Trustee Expenses: Maureen Gaughan | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $    must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be    percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Atlas Acquisitions LLC | $ | $ | $ |
| 000003 | Atlas Acquisitions LLC | $ | $ | $ |
| 000004 | Quantum3 Group LLC | $ | $ | $ |
| 000005 | Bureaus Investment Group Portfolio No 16 LLC | $ | $ | $ |
| 000006 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000007 | RC Willey Financial Services | $ | $ | $ |
| 000008 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000009 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000010 | sallie mae | $ | $ | $ |
| 000011 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000013 | SPRINGLEAF FINANCIAL S | $ | $ | $ |
| 000014 | Capital One, N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors $_____

Remaining Balance $_____

Tardily filed claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) (Page: 9)
Case 2:11-bk-22165-DPC   Doc 29   Filed 10/01/13   Entered 10/01/13 11:50:44   Desc
Main Document    Page 9 of 9